**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LUIS TORO, *on behalf of himself and all others*
*Similarly situated,*

|   |   |
|---|---|
| Plaintiff, | **ORDER** |
| -against- | **22-CV-6863 (JPO) (JW)** |

OMNICOR, INC.,

Defendant.

-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This matter has been referred for settlement.  Dkt. No. 12.  Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis by **December 23, 2022** via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in January or February 2023.  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:     New York, New York
           December 12, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge