UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>                    -v-<br><br>OMNICOR INC.,<br><br>                              Defendant. | 22-CV-6863 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Per the Civil Case Management Plan and Scheduling Order entered at ECF No. 11, the parties were required to file a joint status letter no later than April 20, 2023. The parties failed to do so. The Court subsequently ordered the parties to submit the joint letter by an extended deadline of April 28, 2023. (ECF No. 13.) The parties again failed to adhere to the Court's order, without justification.

The parties are directed to submit a joint update on or before May 19, 2023. If no update is filed, this action will be dismissed for failure to prosecute.

SO ORDERED.

Dated: May 15, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge